**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1209**

_____

BAHRAM SHAKERI,

          Plaintiff - Appellant,

     v.

JEREMY ALLEN,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:21-cv-00549-LKG)

_____

Submitted:  February 26, 2026                Decided:  March 2, 2026

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Asim AR Ghafoor, GILL LAW FIRM, Dulles, Virginia, for Appellant. Shelley L. Johnson, Acting County Attorney, Andrew J. Murray, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Largo, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bahram Shakeri appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing his second amended civil action. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. *Shakeri v. Allen*, No. 8:21-cv-00549-LKG (D. Md. Jan. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] For the first time on appeal, Shakeri argues that the district court should have afforded him time to gather additional information about Defendant. Because this forfeited argument is not developed or briefed in compliance with Fed. R. App. P. 28(a)(8)(A) and Shakeri has not addressed the requirements of plain error or asserted fundamental error or exceptional circumstances, we reject it. *See Misjuns v. City of Lynchburg*, 139 F.4th 378, 386 n.* (4th Cir. 2025); *Milla v. Brown*, 109 F.4th 222, 234 (4th Cir. 2024); *United States v. Miller*, 41 F.4th 302, 313 (4th Cir. 2022).